### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

FLORENCE MATHEWS                                                Plaintiff

v.                              2:11CV00099 SWW

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                        Defendant

### JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED this 25th day of June 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE